ACCEPTED
03-14-00731-CV
3774615
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 5:55:22 PM
JEFFREY D. KYLE
CLERK

# CAUSE NO. 03-14-00731-CV

# IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/14/2015 5:55:22 PM

JEFFREY D. KYLE
Clerk

# THIRD DISTRICT OF TEXAS

# AUSTIN, TEXAS

_____

## JUANA MENDEZ VALDEZ
## ET VIR JUAN VALDEZ

**APPELLANTS,**

## VS.

## MELODY MUELLER MOERBE

**APPELLEE,**

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS BRIEF

**TO THE HONORABLE COURT**

Now Comes Appellants Juana Mendez Valdez et vir Juan Valdez, through counsel of record, and makes this Motion for an Extension of Time to File Appellants Brief.

I.

Appellants make this request because of the following facts. Counsel for Appellant is in the process of preparing Appellant's Brief. However, upon undertaking to make references to the Clerk's Record, counsel has just discovered that the record is incomplete; it appears that the clerk failed to include about half of what counsel had directed the clerk to include.

II.

Counsel has today sent a request to the Clerk to prepare and file a Supplemental Clerk's Record; a copy of that request is attached to this motion.

III

While counsel is satisfied that not all of the requested items for inclusion are vital to the ultimate determination by this court of the issues in this matter, counsel does believe that some are, and all will be useful to this court to see and appreciate the flow of the trial of the case.

Accordingly, Counsel for Appellants now requests that this court grant this motion and extend the time for filing the Appellant's Brief until the tenth day after the Supplemental Record is filed in this court.

Respectfully submitted,

/s/ O. F. Jones III

_____

O. F. JONES III
State Bar No. 10974000
LAW OFFICES OF O. F. JONES III
109 W. Santa Rosa
P.O. Drawer E
Victoria, Texas 77902
(361) 573-6381

(361) 576-4607 (Fax)

Attorney for Defendants

Certificate of Service and Conference

I certify that on this 14th day of January, 2015, I conferred with opposing counsel about this motion, and opposing counsel has agreed to the same and does not oppose it. I further certify that I have forwarded a copy of the foregoing Motion for Extension of Time to counsel for the defendant, Mike Trefny, by first class United States Mail on this 15th day of January, 2015.


_____/s/  O. F. Jones III_____
O. F. Jones III

The following is a true and correct copy of a letter that I have today sent to the District Clerk of Fayette County, Texas:

_____/s/   O. F. Jones III_____


January 14, 2015

Ms. Virginia Wied
District Clerk
Fayette County Courthouse
151 N. Washington Street
La Grange, Texas 78945

Attention: Linda Svrcek

Re:     Cause No. 2013V-052
        Juana Mendez Valdez et vir Juan Valdez v. Melody Mueller Moerbe et all

Dear Ms. Wied:

I called your office today and asked that you send me a copy of the Index for the Clerk's Record that you recently filed in the Court of Appeals in the above matter, which you kindly did.

Upon review of the Index, compared with my request for the record, dated November 3, I have found that a large number of the documents that I requested be included were in fact omitted.

Below is an edited copy of my letter request.  The items that were omitted from the record as filed are shown below; I have redacted all of the items that were requested and which were included.  Please prepare a Supplemental Record including the following items and send it to the Court of Appeals as soon as possible.

10.     Order regarding Plaintiff's Motion in Limine, filed May 30, 2014

11.     Plaintiff's Special Exceptions to Defendant's Counterclaim, filed May 12, 2014

12.     Defendant's Response to Plaintiff's Special Exceptions, filed May 21, 2014

13.     Order regarding Plaintiff's Special Exceptions to Defendant's Counterclaim, filed May 30, 2014

14.     Request for Jury Charge, filed May 30, 2014.

15.     Defendant's Request for Additional Instruction, filed My 30, 2014

16.     Request for Special Charge, filed May 30, 2014.

18.     The jury sent in a Note during its deliberations. I cannot determine, from the Case Summary, where or what document that it.  Please include the Jury Note and the Court's response.

19.     Affidavit in support of attorney fees, filed June 16, 2014 (O. F Jones, affiant)

21      Motion for Entry of Judgment, filed June 16, 2014

22.     Motion for Judgment Not Withstanding the Verdict, filed June 16, 2014

23.     Plaintiff's Response to Motion for Entry of Judgment, filed June 20, 2014

24.     Defendant's Response to Plaintiff's Motion for Judgment Notwithstanding, filed June 27, 2014

29.     Copy of Letter of Plaintiff's Attorney to Court Reporter requesting Reporter's Record, filed on or about October 30, 2014.

When the Supplemental Record has been completed, I would like to have a copy of the Index page that shows the page numbers of these documents in the Supplemental Record, please.

Please let me know if there are any questions about the documents to be included. Thank your for your assistance.

Yours very truly,

/s/   O. F. Jones III

O. F. Jones III

OFJ/5461

cc:     Mr. Mike Trefney